IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01764-KLM

JOSEPH D. PROSSER,

    Plaintiff,

v.

WHAYNE & SONS ENTERPRISES, INC.,

    Defendant.

___

## MINUTE ORDER

___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Proposed Stipulated Protective Order** [#28] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#28-1, #28-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: December 19, 2014